UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

          Plaintiff,

v.                                     Case No. 1:23-cr-20371-TLL-PTM
                                   Hon. Thomas L. Ludington

Timothy George Maxwell,

          Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Timothy George Maxwell

The defendant(s) shall appear before District Judge Thomas L. Ludington at the United States District Court, United States Post Office Building, 1000 Washington Avenue, Bay City, Michigan, for the following proceeding(s):

- MISCELLANEOUS HEARING:  October 16, 2024 at 04:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/K Winslow
                                                                 Case Manager

Dated:  July 25, 2024